**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 04-2003**

———————

H. LEON MERRITT,

Plaintiff - Appellant,

versus

UNITED STATES OF AMERICA,

Defendant - Appellee,

and

STEVEN MEYERS; KENNETH DORNER,

Defendants.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Gerald Bruce Lee, District Judge. (CA-04-442-1)

———————

Submitted:  February 25, 2005          Decided:  March 16, 2005

———————

Before WILKINSON, MOTZ, and KING, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Bernard R. Corbett, LAW OFFICE OF BERNARD R. CORBETT, Alexandria, Virginia, for Appellant. Paul J. McNulty, United States Attorney,

Dennis C. Barghaan, Jr., Assistant United States Attorney, Alexandria, Virginia, for Appellee.

------

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

H. Leon Merritt appeals the district court's orders dismissing his tort case and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Merritt v. United States, No. CA-04-442-1 (E.D. Va. filed June 16 and entered June 18, 2004; filed July 16 and entered July 19, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED